CHRISTOPHER J. BOWES, ESQ.

54 Cobblestone Drive

Shoreham, NY 11786

Tel. (212) 979-7575

Fax (631) 929-1700

cjbowes@gmail.com

December 22, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___01/30/26___

Via ECF

Hon Ronnie Abrams
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:    Koeberle v. SSA
       1:25 Civ. 07955(RA)(BCM)

Dear Judge Abrams:

I am writing to request an extension of time in which to file plaintiff's brief in the above captioned Social Security action. Plaintiff's papers are due to be December 24, 2025.

Due to multiple deadlines and long schedule vacation time this week, I am not able to complete these papers within the thirty-day time frame set forth in the standing scheduling order. In consultation with opposing counsel, Special Assistant United States Attorney Geoffrey Peters on behalf of Kristina Cohn, the parties request that the Court approve the following briefing schedule:

| | |
|---|---|
| January 27, 2026 | Plaintiff's Brief |
| March 13, 2026 | Defendant's brief |
| March 27, 2026 | Plaintiff's Reply |

Thank you for Your Honor's attention to this matter.

Very truly yours,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

cc:    SAUSA Kristina Cohn

The Court has received the parties' consent to my jurisdiction. (Dkt. 10.) Plaintiff's application GRANTED *nunc pro tunc*. Plaintiff's brief (Dkt. 9) was timely filed. Defendant's responding brief is due no later than **March 13, 2026**. Plaintiff's reply, if any, is due no later than **March 27, 2026**.

SO ORDERED.

January 30, 2026

**Barbara Moses**
**United States Magistrate Judge**